United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-02781-HWV
Charles Smith Braddy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 01, 2021     Form ID: pdf010     Total Noticed: 0

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Janine Garnett, 691 Woodview Street, Bressler, PA 17113-3129 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Charles Smith Braddy DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | |
| | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor bkgroup@kmllawgroup.com |
| James Allen Prostko | |
| | on behalf of Creditor Wells Fargo Bank N.A., As Trustee et al pamb@fedphe.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 1 Charles Smith Braddy karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Mario John Hanyon | |
| | on behalf of Creditor Wells Fargo Bank N.A., As Trustee et al pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles Smith Braddy aka Charlie Braddy <br> Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper <br> Movant <br> vs. | NO. 17-02781 HWV |
| Charles Smith Braddy aka Charlie Braddy <br> Debtor | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos, Esquire <br> Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: November 1, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)