# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Charles Smith Braddy<br>aka Charlie Braddy<br>Debtor | Chapter: 13<br><br>Case number: 1:17-bk-02781 |
| Charles Smith Braddy<br>aka Charlie Braddy<br>Movant | Matter: Motion for Approval of Loan Modification |
| vs,<br><br>SELENE FINANCE, JACK N ZAHAROPOULOS, TRUSTEE,<br>Respondents | |

## AMENDED Notice

Notice is hereby given that:

The debtor(s) filed a Motion for Approval of Loan Modification on May 23, 2022.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor),<br>Third & Walnut Streets, Harrisburg,<br>PA 17101 | Date: June 29, 2022<br><br>Time: 9:30 A.M. |

Any objection/response to the above referenced matter must be filed and served within twenty one (21) days of the date of this Notice.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Date: May 23, 2022

    Dorothy L. Mott
    Attorney ID #43568
    Mott & Gendron Law
    125 State Street
    Harrisburg PA 17101
    (717)232-6650 TEL
    (717)232-0477 FAX
    doriemott@aol.com