IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| CHARLES SMITH BRADDY : | |
| aka Charlie Braddy : | CASE NO. 1:17-bk-02781 |
|   Debtor : | |

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

MOTT & GENDRON LAW, 125 STATE STREET, HARRISBURG, PA 17101 hereby certifies that a copy of the Amended Notice and Motion for Approval of Loan Modification was mailed today to all parties named on the mailing matrix attached hereto electronically or by regular first class mail.

Dated: May 23, 2022    Signed: Nancy Spincken
                                        Paralegal