Label Matrix for local noticing
0314-1
Case 1:17-bk-02781-HWV
Middle District of Pennsylvania
Harrisburg
Mon May 23 13:14:35 EDT 2022

ARS NATIONAL SERVICES, INC
PO BOX 469046
ESCONDIDO, CA 92046-9046

BUREAU OF ACCOUNT MGMT
3607 ROSEMONT AVE STE 502
PO BOX 8875
CAMP HILL, PA 17001-8875

Charles Smith Braddy
691 Woodview Street
Bressler, PA 17113-3129

CB/BRYLANEHOME
BANKRUPTCY NOTICES
PO BOX 182125
COLUMBUS, OH 43218-2125

CBHV
PO BOX 831
155 N PLANK ROAD
NEWBURGH, NY 12550-1747

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

CHASE RECEIVABLES
1247 BROADWAY
SONOMA, CA 95476-7503

COMM OF PA DEPT OF REVENUE
BUREAU OF COMPLIANCE
PO BOX 280946
HARRISBURG, PA 17128-0946

CONVERGENT OUTSOURCING INC
800 SW 39TH STREET
PO BOX 9004
RENTON, WA 98057-9004

CREDIT ACCEPTANCE
25505 W 12 MILE ROAD, STE 3000
SOUTHFIELD, MI 48034-8331

CREDITONE BANK
CUSTOMER BILLING AND CORRESPONDENCE
PO BOX 98873
LAS VEGAS, NV 89193-8873

William E. Craig
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057-3125

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

DPT ED/NAVI
PO BOX 9635
WILKES BARRE, PA 18773-9635

DR LEONARDS
CUSTOMER BILLING
PO BOX 7821
EDISON, NJ 08818-7821

Dr Leonards Shop Now
c/o Creditors Bankruptcy Service
P O Box 800849
Dallas, TX 75380-0849

FNCB
610 WALTHAM WAY
SPARKS, NV 89437-6695

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101-1025

Mario John Hanyon
Phelan Hallinan & Schmieg
1617 JFK BLVD
Suite 1400
Philadelphia, PA 19103-1814

Heather S. Riloff, Esquire
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018-3541

INTERNAL REVENUE SERVICE - CIO
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JANINE MARIE GARNETT
691 WOODVIEW STREET
BRESSLER, PA 17113-3129

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDLAND FUNDING LLC
2365 NORTHSIDE DR STE 300
SAN DIEGO, CA 92108-2710

MONTGOMERY WARD
1112 7TH AVENUE
MONROE, WI 53566-1364

MS HERSHEY MEDICAL CENTER
PATIENT FINANCIAL SERVICES
PO BOX 853 MC-A410
HERSHEY, PA 17033-0853

MSHMC PHYSICIANS GROUP
BILLING SERVICES
PO BOX 854
HERSHEY, PA 17033-0854

Midland Funding, LLC
Midland Credit Mgmt.,Inc. as agent for
Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

| | | |
|---|---|---|
| Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Dorothy L Mott<br>Mott & Gentron Law<br>125 State Street<br>Harrisburg, PA 17101-1025 | NORTH SHORE AGENCY CORRESPONDENCE<br>PO BOX 9221<br>OLD BETHPAGE, NY 11804-9021 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9094 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 19094<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9094 | Navient Solutions, LLC on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| OCWEN LOAN SERVICING LLC<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 24738<br>WEST PALM BEACH, FL 33416-4738 | PENN CREDIT CORP<br>916 S 14TH STREET<br>HARRISBURG, PA 17104-3425 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PUBLISHERS CLEARING HOUSE<br>101 WINNERS CIRCLE<br>PORT WASHINGTON, NY 11050-2218 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | James Allen Prostko<br>Phelan Hallinan, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 360<br>Pittsburgh, PA 15219-4411 |
| Heather Stacey Riloff<br>Martha E. Von Rosenstiel, P.C.<br>649 South Avenue, Unite 7<br>Secane, PA 19018-3541 | SETERUS, INC (BK NOTICES)<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 1047<br>HARTFORD, CT 06143-1047 | SEVENTH AVENUE<br>1112 7TH AVE<br>MONROE, WI 53566-1364 |
| STONEBERRY<br>1356 WILLIAMS STREET<br>CHIPPEWA FALLS, WI 54729-1500 | SWATARA TWP AUTHORITY<br>PO BOX 4920<br>HARRISBURG, PA 17111-0920 | SWISS COLONY<br>1112 7TH AVE<br>MONROE, WI 53566-1364 |
| Seterus, Inc. as the authorized subservicer<br>c/o Heather S. Riloff, Esquire<br>Martha E. Von Rosenstiel, P.C.<br>649 South Avenue<br>Secane, PA 19018-3541 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | U.S. Bank Trust National Association<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South<br>Attn: BK Dept<br>Houston TX 77042-4546 |
| U.S. Bank Trust National Association<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South<br>Attn: BK Dept<br>Houston TX 77042<br>U.S. Bank Trust National Association 77042-4546 | (p)DEPARTMENT OF LABOR & INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | UNEMPL COMP TAX MATTERS<br>HARRISBURG CASES L&I OFF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG, PA 17121-0751 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | VERIZON BANKRUPTCY DEPT<br>500 TECHNOLOGY DR, STE 550<br>SAINT CHARLES, MO 63304-2225 | WEBBANK/GTN<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303-0820 |

```
WEBBNK/FHUT                              James Warmbrodt  (X)             Charles G. Wohlrab  (X)
6250 RIDGEWOOD ROAD                      701 Market Street Suite 5000     Robertson, Anschutz, Schneid, Crane & Pa
SAINT CLOUD, MN 56303-0820               Philadephia, PA 19106-1541       10700 Abbott's Bridge Road
                                                                          Ste 170
                                                                          Duluth, GA 30097-8461
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CHARLES J DEHART, III, ESQ.              Credit Acceptance Corporation    (d)Credit Acceptance Corporation
8125 ADAMS DRIVE STE A                   25505 West 12 Mile Road          25505 West 12 Mile Road
HUMMELSTOWN PA 17036                     Southfield, MI 48034             Southfield, MI 48034


JEFFCAPSYS                               (d)Jefferson Capital Systems LLC UNEMP COMP OVERPAYMENT MATTERS
16 MCLELAND RD                           Po Box 7999                      DEPT OF L&I - OFFICE OF CHIEF COUNSEL
SAINT CLOUD, MN 56303                    Saint Cloud Mn 56302-9617        651 BOAS STREET 10TH FLOOR
                                                                          HARRISBURG, PA 17121


(d)Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nationstar Mortgage LLC d/b/a Mr. Cooper   (d)PRA Receivables Management, LLC   (u)Seterus, Inc., as the authorized subservic
                                              PO Box 41021
                                              Norfolk, VA 23541-1021


(u)WELLS FARGO BANK, N.A., AS TRUSTEE    (u)Wells Fargo Bank, N.A., As Trustee et al    End of Label Matrix
                                                                                        Mailable recipients    62
                                                                                        Bypassed recipients     5
                                                                                        Total                  67
```