L.B.F. 9014-3

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Charles Smith Braddy** | : | |
| | : | **Bky. 1:17-bk-02781-HWV** |
| | : | |
| **Debtor** | : | |

\* \* \* \* \* \* \* \*

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Movant, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION, has filed a Motion to Approve Loan Modification with the court for approval of the Loan Modification Agreement.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then **on or before September 29, 2022, you or your attorney must file a response to the Motion.**

3. **A hearing on the Motion** is scheduled to be held on **October 4, 2022, at 09:30 A.M.** before **Chief Judge Henry W. Van Eck** at Ronald Reagan Federal Building, 228 Walnut St, Rm 320, Harrisburg, PA 17101, Courtroom (3rd Floor).

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

United States Bankruptcy Court
Middle District of Pennsylvania
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Charles Wohlrab, Esquire
Robertson, Anschutz, Schneid, Crane & Partners PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: cwohlrab@raslg.com

Dated: September 8, 2022

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@raslg.com