**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER  13 |
| Charles Smith Braddy aka Charlie Braddy, | : | |
| | : | CASE NO. 1 - 17 -bk- 02781 |
| | : | |
| **Debtor(s)** | : | |
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association, | : | ADVERSARY NO. __ - __ -ap- _____ (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: 11 USC §362 |
| Charles Smith Braddy aka Charlie Braddy, Jack N Zaharopoulos (Trustee), | : | Pleading: Motion for Relief from Stay |
| | : | |
| **Defendant(s)/Respondent(s)** | : | Document #: 92 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

✔ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ✔ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 04/21/2023         /s/ Charles G. Wohlrab
                          Attorney for U.S. Bank Trust National Association

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.