UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:

CHAPTER 13
CASE NO.: 1:17-bk-02781-HWV

**Charles Smith Braddy aka Charlie Braddy,**
 Debtor.

_____/

**U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association,**

 Movant,

v.

**Charles Smith Braddy aka Charlie Braddy**
**Jack N Zaharopoulos (Trustee),**
 Respondents.

_____/

## NOTICE OF WITHDRAWAL

 **PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Stay (Doc.: 92) filed on March 30, 2023.**

              **Robertson, Anschutz, Schneid, Crane**
              **& Partners, PLLC**
              Attorney for Secured Creditor
              13010 Morris Rd., Suite 450
              Alpharetta, GA 30004
              Telephone: 470-321-7112
              By: /s/Charles Wohlrab
                Charles Wohlrab
              Email: CWohlrab@raslg.com

17-02781
BRADDY,CHARLES & GARNETT,JANINE
Notice of Withdrawal
Page1

Case 1:17-bk-02781-HWV    Doc 99    Filed 05/18/23    Entered 05/18/23 12:08:38    Desc
Main Document    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                              CHAPTER 13
                                                    CASE NO.: 1:17-bk-02781-HWV

**Charles Smith Braddy aka Charlie Braddy,**
    Debtor.

_____/

U.S. Bank Trust National Association, not in its
individual capacity but solely as owner trustee for
RCF 2 Acquisition Trust c/o U.S. Bank Trust
National Association,

    Movant,

v.

**Charles Smith Braddy aka Charlie Braddy**
**Jack N Zaharopoulos (Trustee),**
    Respondents.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on May 18, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CHARLES SMITH BRADDY
691 WOODVIEW STREET
BRESSLER, PA 17113

And via electronic mail to:

MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE) 8125 ADAMS DRIVE, SUITE A

17-02781
BRADDY,CHARLES & GARNETT,JANINE
Notice of Withdrawal
Page3

Case 1:17-bk-02781-HWV    Doc 99    Filed 05/18/23    Entered 05/18/23 12:08:38    Desc
Main Document    Page 2 of 3

HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

                                                        **Robertson, Anschutz, Schneid, Crane**
                                                        **& Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/Charles Wohlrab
Charles Wohlrab, Esq.
Email: CWohlrab@raslg.com

17-02781
BRADDY,CHARLES & GARNETT,JANINE
Notice of Withdrawal
Page4

Case 1:17-bk-02781-HWV    Doc 99    Filed 05/18/23    Entered 05/18/23 12:08:38    Desc
Main Document    Page 3 of 3