Certificate Number: 06531-PAM-DE-037677256

Bankruptcy Case Number: 17-02781



06531-PAM-DE-037677256

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 14, 2023</u>, at <u>7:09</u> o'clock <u>PM CDT</u>, <u>Charlie S Braddy</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 14, 2023</u>

By: <u>/s/Sharon Schroeder</u>

Name: <u>Sharon Schroeder</u>

Title: <u>Certified Credit Counselor</u>