IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHARLES SMITH BRADDY | : | |
| AKA CHARLIE BRADDY | : | CASE NO. 1:17-bk-02781 |
| | : | |
| | : | |
| Debtor | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

Comes now the Debtor, Charles Smith Braddy, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on July 5, 2017.
2. The Debtor wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHARLES SMITH BRADDY | : | |
| AKA CHARLIE BRADDY | : | CASE NO. 1:17-bk-02781 |
| | : | |
| | : | |
| Debtor | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHARLES SMITH BRADDY | : | |
| AKA CHARLIE BRADDY | : | CASE NO. 1:17-bk-02781 |
| | : | |
| | : | |
| Debtor(s) | : | |

CERTIFICATE OF SERVICE

I certify that on September 26, 2023 I served a copy of the foregoing document(s) on the following parties via ECF or by first class mail:

JACK N. ZAHAROPOULOS ESQUIRE
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036
TWecf@pamd13trustee.com


I certify under penalty of perjury that the foregoing is true and correct.
Date: 09/26/2023
    Respectfully submitted,

                    /s/ Kara K. Gendron
                    Kara K. Gendron, Esquire
                    Attorney ID 87577
                    MOTT & GENDRON LAW
                    125 State Street
                    Harrisburg, PA 17101
                    http://www.mottgendronlaw.com
                    T: (717) 232-6650 | F: (717) 232-0477
                    karagendron@gmail.com