In re:  Case No. 17-02781-HWV

Charles Smith Braddy  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Smith Braddy, 691 Woodview Street, Bressler, PA 17113-3129 |
| 4941804 | | CB/BRYLANEHOME, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4945401 | + | Heather S. Riloff, Esquire, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, PA 19018-3541 |
| 4941820 | + | MS HERSHEY MEDICAL CENTER, PATIENT FINANCIAL SERVICES, PO BOX 853 MC-A410, HERSHEY, PA 17033-0853 |
| 4941821 | | MSHMC PHYSICIANS GROUP, BILLING SERVICES, PO BOX 854, HERSHEY, PA 17033-0854 |
| 4941822 | + | NORTH SHORE AGENCY CORRESPONDENCE, PO BOX 9221, OLD BETHPAGE, NY 11804-9021 |
| 4941826 | | SETERUS, INC (BK NOTICES), ATTN: BANKRUPTCY DEPT, PO BOX 1047, HARTFORD, CT 06143-1047 |
| 4941829 | | SWATARA TWP AUTHORITY, PO BOX 4920, HARRISBURG, PA 17111-0920 |
| 4990032 | + | Seterus, Inc. as the authorized subservicer for Fe, c/o Heather S. Riloff, Esquire, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, PA 19018-3541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 19 2023 18:40:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 19 2023 18:40:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 4941802 | + | Email/Text: legal@arsnational.com | Oct 19 2023 18:40:00 | ARS NATIONAL SERVICES, INC, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 4941803 | | Email/Text: Bankruptcy@BAMcollections.com | Oct 19 2023 18:40:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 4941805 | + | Email/Text: esther@cbhv.com | Oct 19 2023 18:40:00 | CBHV, PO BOX 831, 155 N PLANK ROAD, NEWBURGH, NY 12550-1747 |
| 4941807 | + | Email/Text: docs@chaserec.com | Oct 19 2023 18:40:00 | CHASE RECEIVABLES, 1247 BROADWAY, SONOMA, CA 95476-7503 |
| 4941808 | | EDI: PENNDEPTREV | Oct 19 2023 22:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4941808 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2023 18:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4941809 | + | EDI: CONVERGENT.COM | Oct 19 2023 22:40:00 | CONVERGENT OUTSOURCING INC, 800 SW 39TH STREET, PO BOX 9004, RENTON, WA 98057-9004 |

| | | | | |
|---|---|---|---|---|
| 4941810 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2023 18:40:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5000495 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 19 2023 18:40:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 4941811 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 19 2023 18:42:07 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 4941831 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 19 2023 18:40:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4941812 | + | EDI: MAXMSAIDV | Oct 19 2023 22:37:00 | DPT ED/NAVI, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 4941813 | + | EDI: CBSAMERIMARK | Oct 19 2023 22:40:00 | DR LEONARDS, CUSTOMER BILLING, PO BOX 7821, EDISON, NJ 08818-7821 |
| 4955939 | + | EDI: CBSAMERIMARK | Oct 19 2023 22:40:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 4941814 | + | Email/Text: bankruptcy@fncbinc.com | Oct 19 2023 18:40:00 | FNCB, 610 WALTHAM WAY, SPARKS, NV 89437-6695 |
| 4941815 | | EDI: IRS.COM | Oct 19 2023 22:37:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4941806 | | Email/Text: info@pamd13trustee.com | Oct 19 2023 18:40:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4941817 | | EDI: JEFFERSONCAP.COM | Oct 19 2023 22:40:00 | JEFFCAPSYS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 4974505 | | EDI: JEFFERSONCAP.COM | Oct 19 2023 22:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4976257 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 18:42:16 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4941818 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2023 18:40:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 4941819 | + | EDI: CBS7AVE | Oct 19 2023 22:40:00 | MONTGOMERY WARD, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 4984286 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2023 18:40:00 | Midland Funding, LLC, Midland Credit Mgmt.,Inc. as agent for, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4954400 | + | EDI: CBS7AVE | Oct 19 2023 22:40:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5212680 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 19 2023 18:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5212679 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 19 2023 18:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 4976759 | | EDI: MAXMSAIDV | Oct 19 2023 22:37:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4941823 | | EDI: LCIPHHMRGT | Oct 19 2023 22:37:00 | OCWEN LOAN SERVICING LLC, ATTN: BANKRUPTCY DEPT, PO BOX 24738, WEST PALM BEACH, FL 33416-4738 |
| 4942251 | + | EDI: RECOVERYCORP.COM | Oct 19 2023 22:40:00 | PRA Receivables Management, LLC, PO Box |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 4941825 | + | Email/Text: bankruptcynotices@pch.com | Oct 19 2023 18:40:00 | PUBLISHERS CLEARING HOUSE, 101 WINNERS CIRCLE, PORT WASHINGTON, NY 11050-2218 |
| 5526147 | + | Email/Text: RASEBN@raslg.com | Oct 19 2023 18:40:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 4941827 | | EDI: CBS7AVE | Oct 19 2023 22:40:00 | SEVENTH AVENUE, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 4941828 | + | EDI: CBSMASON | Oct 19 2023 22:37:00 | STONEBERRY, 1356 WILLIAMS STREET, CHIPPEWA FALLS, WI 54729-1500 |
| 4941830 | + | EDI: CBS7AVE | Oct 19 2023 22:40:00 | SWISS COLONY, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 4954401 | + | EDI: CBS7AVE | Oct 19 2023 22:40:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4957221 | + | EDI: CBSMASON | Oct 19 2023 22:37:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4957217 | + | EDI: CBS7AVE | Oct 19 2023 22:40:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5465679 | + | Email/Text: bkteam@selenefinance.com | Oct 19 2023 18:40:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas TX 75019-6295 |
| 5465680 | + | Email/Text: bkteam@selenefinance.com | Oct 19 2023 18:40:00 | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042, U.S. Bank Trust National Association 77042-4546 |
| 4941832 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 19 2023 18:40:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4941833 | | EDI: VERIZONCOMB.COM | Oct 19 2023 22:37:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 4941834 | + | EDI: BLUESTEM | Oct 19 2023 22:40:00 | WEBBANK/GTN, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 4941835 | + | EDI: BLUESTEM | Oct 19 2023 22:40:00 | WEBBNK/FHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4990133 | | WELLS FARGO BANK, N.A., AS TRUSTEE |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4941816 | ##+ | JANINE MARIE GARNETT, 691 WOODVIEW STREET, BRESSLER, PA 17113-3129 |
| 4941824 | ##+ | PENN CREDIT CORP, 916 S 14TH STREET, HARRISBURG, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian C Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Charles G. Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Charles G. Wohlrab
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Charles G. Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Dorothy L Mott
    on behalf of Debtor 1 Charles Smith Braddy DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Heather Stacey Riloff
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor bkgroup@kmllawgroup.com

James Allen Prostko
    on behalf of Creditor Wells Fargo Bank  N.A., As Trustee et al pamb@fedphe.com

Kara Katherine Gendron
    on behalf of Debtor 1 Charles Smith Braddy karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Mario John Hanyon
    on behalf of Creditor Wells Fargo Bank  N.A., As Trustee et al pamb@fedphe.com, mario.hanyon@brockandscott.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles Smith Braddy**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8184<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:17-bk-02781-HWV | | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles Smith Braddy
aka Charlie Braddy

10/19/23

**By the court:**  _Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W　　　　　　　　**Chapter 13 Discharge**　　　　　　　page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2