# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Charles Smith Braddy

Case No.: 1-17-02781HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PHH |
| Court Claim Number: | 14 |
| Last Four of Loan Number: | 6742 |
| Property Address if applicable: | 691 Woodview St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,575.53 |
| b. | Prepetition arrearages paid by the trustee: | $1,575.53 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,575.53 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: October 25, 2023

                                              Respectfully submitted,

                                              /s/ Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA 17036
                                              Phone: (717) 566-6097
                                              Fax: (717) 566-8313
                                              email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Charles Smith Braddy

                 Case No.: 1-17-02781HWV

                 Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kara K. Gendron, Esquire
Mott & Gendron Law
125 State St
Harrisburg PA 17101

**Served by First Class Mail**
PHH Mortgage Corporation
Bankruptcy Department
PO Box 24605
West Palm Beach FL 33416-4605


Charles Smith Braddy
691 Woodview St
Bressler  PA 17113


I certify under penalty of perjury that the foregoing is true and correct.


Date:  October 25, 2023         /s/  Liz Joyce
                 Office of the Standing Chapter 13 Trustee
                 Jack N. Zaharopoulos
                 Suite A, 8125 Adams Dr.
                 Hummelstown, PA  17036
                 Phone:  (717) 566-6097
                 email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-02781    **CHARLES SMITH BRADDY**

**PHH MORTGAGE CORPORATION**
P.O. BOX 371458

PITTSBURGH, PA   15250-7

**Acct No:** Woodview St

REFUND/LOAN CHARGED OFF

Sequence: 13
Modify:
Filed Date:
Hold Code: P

| | | | | | | Debt: | $12,924.43 | Interest Paid: | $0.00 |
| | Amt Sched: | | $10,000.00 | | | | | Accrued Int: | $0.00 |
| | Amt Due: | $0.00 | | | | Paid: | $1,575.53 | Balance Due: | $11,348.90 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **0140** | **PHH MORTGAGE CORPORATION** | | | | | | | |
| 014-0 | PHH MORTGAGE CORPORATION | C | 01/05/2021 | 0 | ($153.51) | $0.00 | ($153.51) | |
| | | | | | Cred Rfd Chk #: 2020920463 | | | |
| 014-0 | PHH MORTGAGE CORPORATION | C | 06/02/2020 | 0 | ($191.88) | $0.00 | ($191.88) | |
| | | | | | Cred Rfd Chk #: 2020902757 | | | |
| 014-0 | PHH MORTGAGE CORPORATION | C | 05/15/2020 | 0 | ($153.52) | $0.00 | ($153.52) | |
| | | | | | Cred Rfd Chk #: 2020902583 | | | |
| 014-0 | PHH MORTGAGE CORPORATION | C | 03/26/2020 | 0 | ($191.89) | $0.00 | ($191.89) | |
| | | | | | Cred Rfd Chk #: 902047 | | | |
| 014-0 | PHH MORTGAGE CORPORATION | | 03/12/2020 | 1215353 | $153.51 | $0.00 | $153.51 | 03/31/2020 |
| 014-0 | PHH MORTGAGE CORPORATION | | 02/13/2020 | 1214042 | $153.52 | $0.00 | $153.52 | 02/24/2020 |
| 014-0 | PHH MORTGAGE CORPORATION | | 01/16/2020 | 1212690 | $191.88 | $0.00 | $191.88 | 02/03/2020 |
| 014-0 | PHH MORTGAGE CORPORATION | | 12/12/2019 | 1211327 | $191.89 | $0.00 | $191.89 | 01/21/2020 |
| 014-0 | PHH MORTGAGE CORPORATION | | 11/07/2019 | 1209959 | $153.51 | $0.00 | $153.51 | 12/06/2019 |
| 014-0 | PHH MORTGAGE CORPORATION | | 10/10/2019 | 1208807 | $80.21 | $0.00 | $80.21 | 11/07/2019 |
| 014-0 | PHH MORTGAGE CORPORATION | | 09/26/2019 | 1207693 | $309.98 | $0.00 | $309.98 | 10/21/2019 |
| 014-0 | PHH MORTGAGE CORPORATION | | 08/07/2019 | 1206206 | $153.19 | $0.00 | $153.19 | 08/21/2019 |
| 014-0 | PHH MORTGAGE CORPORATION | | 07/11/2019 | 1204857 | $191.47 | $0.00 | $191.47 | 07/30/2019 |
| 014-0 | PHH MORTGAGE CORPORATION | | 06/06/2019 | 1203457 | $153.19 | $0.00 | $153.19 | 08/05/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 014-0 | OCWEN LOAN SERVICING | | 05/09/2019 | 1202078 | $114.89 | $0.00 | $114.89 | 05/17/2019 |
| 014-0 | OCWEN LOAN SERVICING | | 04/11/2019 | 1200751 | $153.17 | $0.00 | $153.17 | 04/19/2019 |
| 014-0 | OCWEN LOAN SERVICING | | 03/12/2019 | 1199379 | $265.92 | $0.00 | $265.92 | 03/20/2019 |
| | | | | Sub-totals: | $1,575.53 | $0.00 | $1,575.53 | |
| | | | | Grand Total: | $1,575.53 | $0.00 | | |